IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VERNA THOMAS, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No.: 09-3803 |
| | : | |
| CHASE BANK, et al. | : | |
| | : | |

**ORDER**

AND NOW, this 13th day of May, 2010, Defendants' Motion to Dismiss (Doc. 9) the above-captioned case is GRANTED without prejudice. The Clerk of Court is DIRECTED to mark this case as CLOSED.

BY THE COURT:


\s\ Juan R. Sánchez
Juan R. Sánchez, J.